6-638762
LEWIS & McKENNA
Attorneys for Plaintiff
MAERSK SEALAND
82 East Allendale Road
Saddle River, New Jersey 07458
(201) 934-9800
JM5911

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------X
MAERSK INC, as agents for
A.P. MOLLER-MAERSK A/S             2 15 CV 00275 SRC CLW

          Plaintiff,             CLERK CERTIFICATE

- against -

JRJ ENTERPRISES, INC.

          Defendant.
-------------------------------------------------------X

    I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that the docket entries in the above entitled action indicate that the Summons and Complaint herein were filed on January 15, 2015 and the defendant JRJ ENTERPRISES, INC. was personally served with copies of the Summons and Complaint on January 22, 2015 by personal service on Jimmy Machuca, Owner. I further certify that the docket entries indicate that the defendant has not filed an answer to the Complaint herein, and that the time to answer the Complaint has expired. The default of the defendant is hereby noted.

Dated: Newark, New Jersey
       March 23, 2015

                                     WILLIAM T. WALSH
                                           CLERK

*[signature]*
Deputy Clerk