UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAERSK, INC., as agents for A.P. MOLLER-MAERSK A/S,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JRJ ENTERPRISES, INC.,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 15-275 (SRC)<br><br>**ORDER** |

**CHESLER**, District Judge

　　This matter having come before the Court upon the motion filed by Plaintiff Maersk Inc. ("Plaintiff") for entry of default judgment against Defendant JRJ Enterprises, Inc. ("Defendant") [docket entry 3]; and

　　**IT APPEARING** that, in support of the motion for default judgment, Plaintiff submits the affidavit of its counsel, who asserts that Defendant was served with a summons and a copy of the Complaint on January 22, 2015; and it further

　　**APPEARING** that Plaintiff's counsel does not assert that he personally effected the service of process; and it further

　　**APPEARING** that the Court's docket regarding this action shows that Plaintiff has not filed any proof of service on Defendant, supported by an affidavit signed by the person who served the summons and Complaint; and it further

　　**APPEARING** that the Clerk's entry of default against the Defendant on March 23, 2015 was therefore done in error; and it further

2

**APPEARING** that, for the foregoing reasons, Plaintiff has not demonstrated that it is entitled to default judgment against Defendant; therefore,

**IT IS** on this 5th day of May, 2015

**ORDERED** that the Clerk's entry of default as to Defendant JRJ Enterprises, entered on March 23, 2015 [docket entry 4], is **VACATED**; and it is further

**ORDERED** that Plaintiff's motion for default judgment as to Defendant JRJ Enterprises [docket entry 3] is **DENIED WITHOUT PREJUDICE**.

  s/Stanley R. Chesler  
STANLEY R. CHESLER  
United States District Judge